JOHN W. ZEHRING, AVIATION INSURANCE MANAGERS, INC., A DELAWARE CORPORATION, AND TRANSIT CASUALTY COMPANY, A MISSOURI CORPORATION, APPELLANTS, v. PIPER AIRCRAFT CORPORATION, A PENNSYLVANIA CORPORATION, RESPONDENT.

No. 6939

May 14, 1973                                    509 P.2d 825

*Harry J. Mangrum, Jr.,* of Las Vegas, for Appellants.

*Paul C. Parraguirre,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

The evidence at trial was in conflict regarding whether an exhaust stack defect caused the aircraft accident in question.

The trial court resolved such conflict in respondent's favor. Since it is not clearly erroneous, the judgment is affirmed. Western Land Co. v. Truskolaski, 88 Nev. 200, 495 P.2d 624 (1972); Sherman Gardens Co. v. Longley, 87 Nev. 558, 491 P.2d 48 (1971); NRCP 52(a).